UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDIA YOUNG,<br><br>                Plaintiff,<br>    v.<br><br>HAL. NEDERLAND N.V., HOLLAND AMERICA LINE N.V. and CHUKKA CARIBBEAN ADVENTURES, LTD., S.A.,<br><br>                Defendants. | No. C05-1523L<br><br>ORDER DENYING MOTION FOR EXPEDITED DISCOVERY |

This matter comes before the Court on the "Motion of Plaintiff Claudia Young for an Order to Begin Expedited Discovery Pursuant to Fed. R. Civ. P. 26" (Dkt. # 12). Young sought the expedited discovery in order to oppose certain defendants' motion to dismiss, which this Court has denied. For this reason, IT IS HEREBY ORDERED that plaintiff's motion for expedited discovery is DENIED as moot.

DATED this 25th day of January, 2006.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge

ORDER DENYING MOTION
FOR EXPEDITED DISCOVERY